## IN THE UNITED STATES DISTRICT COURT FOR
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **VS.** | * | **CR. NO. 07-00396-CG** |
| **WILLIAM C. SELTZER,** | * | |
| Defendant. | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc sheet 1 of the judgment which was entered on the docket in the above styled case on January 18, 2008, to read as follows:

USM NUMBER: 28415-044

**DONE AND ORDERED** this 28th day of March 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE